**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KHALID ABDULLAH,** | : | **CIVIL ACTION NO. 1:05-CV-1135** |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ANTHONY FETROW, MARK L.** | : | |
| **WHITMAN York City Police** | : | |
| **Commissioner, and YORK CITY** | : | |
| **POLICE DEPARTMENT, Joint and** | : | |
| **Several,** | : | |
| Defendants | : | |

## <u>ORDER</u>

AND NOW, this 17th day of August, 2005, following the initial case management conference with counsel of record in the above-captioned action, and upon agreement of the same, it is hereby ORDERED that the deadline for filing defendants' brief in support of their First Motion to Dismiss (Doc. 11) is extended to August 31, 2005.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
