# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHALID ABDULLAH**, | : CIVIL ACTION NO. 1:05-CV-1135 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **ANTHONY FETROW**, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, this 30th day of May, 2006, upon consideration of defendants' motion (Doc. 34) to strike the amended complaint as untimely, and it appearing that the amended complaint was filed only thirty-eight minutes late, it is hereby ORDERED that the motion (Doc. 34) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge