## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALID ABDULLAH**, | : | CIVIL ACTION NO. 1:05-CV-1135 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **ANTHONY FETROW**, et al., | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 30th day of May, 2006, following a conference call with, and per an agreement between, counsel for the parties in the above-captioned case, it is hereby ORDERED that, on or before June 16, 2006, counsel for defendants shall provide to plaintiff documents relating to investigations of defendants based upon formal complaints of misconduct of the type, and to the degree, alleged in plaintiff's amended complaint.[1]

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Counsel is <u>not</u> required to produce documents reflecting defendants' internal affairs investigations.